IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOSEPH SWEAT,

       *Plaintiff*,

v.                                  **Case No.: 5:26cv153-MW/MJF**

MANAGEMENT & TRAINING
CORPORATION, et al.,

       *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and

Recommendation, ECF No. 10, and has also reviewed *de novo* Plaintiff's objections,

ECF No. 11. Plaintiff contends he simply misunderstood the litigation history

questions on the complaint form and asks permission to file an amended complaint

that lists his undisclosed appeal. However, the complaint form is quite clear. It

requires Plaintiff to list "all prior state and federal cases—including, but not limited

to civil cases, habeas cases, and appeals," and cautions Plaintiff that he "should err

on the side of caution if [he is] uncertain whether a case should be identified." ECF

No. 5 at 10. Accordingly, Plaintiff's asserted misunderstanding does not excuse his

failure to list his appeal in his litigation history. *See Redmon v. Lake Cnty. Sheriff's*

*Office*, 414 F. App'x 221, 226 (11th Cir. 2011) (affirming dismissal for failure to

disclose litigation history notwithstanding plaintiff's asserted misunderstanding of the form).

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 10, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** pursuant to this Court's inherent authority to manage its docket and enforce the Local Rules, based on Plaintiff's failure to comply with the complaint form's explicit instructions and failure to truthfully disclose his litigation history." The Clerk shall close the file.

**SO ORDERED on August 11, 2026.**

**s/Mark E. Walker**
**United States District Judge**

2